# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Marguerite Doucett, | Civil No. 10-1496 (RHK/JSM) |
| Plaintiff, | **ORDER FOR JUDGMENT OF DISMISSAL** |
| vs. | |
| Regional Adjustment Bureau, Inc., Randy Hart, and Donnon Johnson, | |
| Defendants. | |

---

Pursuant to the parties' Stipulation of Dismissal With Prejudice (Doc. No. 15), **IT IS ORDERED** that the Complaint is **DISMISSED WITH PREJUDICE** on its merits and without costs, disbursements or attorney's fees to any party.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: January 4, 2011

s/Richard H. Kyle
RICHARD H. KYLE
United States District Judge